GEISENDORF & VILKIN, PLLC
Charles L. Geisendorf, Esq. (6985)
2470 St. Rose Parkway, Suite 309
Henderson, Nevada 89074
Tel: (702) 873-5868
Email: charles@gvattorneys.com
Attorney for Daisy Trust

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP;<br><br>Plaintiff,<br><br>v.<br><br>GREEN VALLEY SOUTH OWNERS ASSOCIATION NO. 1; DAISY TRUST; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants.<br>_____<br>DAISY TRUST,<br><br>Counterclaimant,<br><br>v.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP;<br><br>Counterdefendant. | Case No.: 2:16-cv-00424-MMD-PAL<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

1

Daisy Trust substituted Michael F. Bohn, Esq. of Law Offices of Michael F. Bohn, Esq., Ltd., as its attorneys in the above-entitled matter in place and stead of Charles L. Geisendorf, Esq., of the law firm Geisendorf & Vilkin, PLLC.

Charles L. Geisendorf, Esq. no longer represents Daisy Trust and has no further need to receive CM/ECF notifications in this case.

The undersigned respectfully requests the court remove Charles L. Geisendorf, Esq., from the electronic service list in this action. All future correspondence, papers, and future notices should continue to be directed to Michael F. Bohn, Esq.

Dated this 28th day of September, 2018.

GEISENDORF & VILKIN, PLLC

By: */s/ Charles L. Geisendorf*
    Charles L. Geisendorf, Esq.
    Nevada Bar No. 6985
    2470 St. Rose Parkway, Suite 309
    Henderson, NV 89074
    Tel: (702) 873-5868

**COURT APPROVAL**

**IT IS SO ORDERED:**

**DATED:** October 3, 2018

**UNITED STATES MAGISTRATE JUDGE**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 28th day of September, 2018, I electronically transmitted the above MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

                                         */s/ Charles L. Geisendorf*
                                         An employee of Geisendorf & Vilkin, PLLC