MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Bank of America, N.A.,
successor by merger to BAC Home Loans
Servicing LP f/k/a Countrywide Home Loans
Servicing, LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>GREEN VALLEY SOUTH OWNERS ASSOCIATION NO. 1; DAISY TRUST; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00424-MMD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND THE PARTIES' DEADLINES TO FILE REPLIES SUPPORTING THEIR MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 67, 68, 69]**<br><br>**[FIRST REQUEST]** |
| DAISY TRUST,<br><br>Counterplaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Counterdefendant. | |

1

48341191;1

1       Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**), Daisy Trust (**Trust**), and Green Valley South Owners Association No. 1 (**Green Valley**), stipulate to extending all parties' deadline to file their replies supporting their motions for summary judgment, ECF Nos. 67, 68, 69, for an additional 14 days or until April 10, 2019.

      BANA, Trust, and Green Valley moved for summary judgment on February 20, 2019. (ECF Nos. 67, 68, 69.) BANA responded to Trust and Green Valley's motions on March 12, 2019. (ECF Nos. 71, 72.) Trust and Green Valley responded to BANA's motion on March 13, 2019. (ECF Nos. 73, 74.) The parties' deadlines to file their replies supporting their motions for summary judgment are March 27, 2019. *See* L.R. 7-2(b).

      The parties stipulate to extending the opposition deadline by fourteen days, from March 27, 2019 to April 10, 2019, to allow additional time to prepare their briefing.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

48341191;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

This is the parties' first request to extend their reply briefing deadline. The parties do not make this request to cause delay or prejudice any party.

DATED this 21st day of March, 2019

| **AKERMAN LLP** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.** |
|---|---|
| */s/ Jamie K. Combs* | */s/ Michael F. Bohn* |
| MELANIE D. MORGAN, ESQ. | MICHAEL F. BOHN, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 1641 |
| JAMIE K. COMBS, ESQ. | ADAM R. TRIPPIEDI, ESQ. |
| Nevada Bar No. 13088 | Nevada Bar No. 12294 |
| 1635 Village Center Circle, Suite 200 | 2260 Corporate Circle, Suite 480 |
| Las Vegas, NV 89134 | Henderson, Nevada 89074 |
| *Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP f/k/a Countrywide Home Loans Servicing, LP* | *Attorneys for Daisy Trust* |

**LIPSON NEILSON PC**

 */s/ Julie A. Funai*
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
JULIE A. FUNAI, ESQ.
Nevada Bar No. 8725
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Green Valley South Owners Association No. 1*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: March 25, 2019

3

48341191;1